IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABADIE ENVIRONMENTAL ORGANIZATION, DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, HOOSIER ENVIRONMENTAL COUNCIL, WATERKEEPER ALLIANCE, INC., and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREW WHEELER, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, in his official capacity and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants. | Civil Action No. 1:20-cv-1819<br><br>The Hon. Kollar-Kotelly |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

Plaintiffs Labadie Environmental Organization, Diné Citizens Against Ruining our Environment, Hoosier Environmental Council, Waterkeeper Alliance, Inc., and Sierra Club (collectively, "Plaintiffs"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all causes of action in the complaint against defendants Andrew Wheeler, Administrator, U.S. Environmental Protection Agency (in his official capacity) and U.S. Environmental Protection Agency (collectively, "Defendants") without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Plaintiffs' dismissal without prejudice under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 30th day of October, 2020.

                                    */s/ Jennifer Cassel*_____
                                    Jennifer L. Cassel (D.C. Bar No. IL0025)
                                    Shubra Ohri (*pro hac vice*)
                                    Thomas J. Cmar (*pro hac vice*)
                                    Lisa Evans (*pro hac vice*)
                                    Sameer H. Doshi (*pro hac vice*)

                                    Earthjustice
                                    311 S. Wacker Dr., Suite 1400
                                    Chicago, IL 60606
                                    T: (312) 500-2196
                                    E: jcassel@earthjustice.org


                                    *Counsel for Petitioners Labadie Environmental Organization, Diné Citizens Against Ruining our Environment, Hoosier Environmental Council, Waterkeeper Alliance, Inc., and Sierra Club*